**\*E-FILED 09-08-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESIREE MARIE GEORGE,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, ATLANTIC & PACIFIC FORECLOSURE SERVICES and DOES 1-100,<br><br>    Defendants.<br>_____ / | No. C10-03928 HRL<br><br>**ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than September 17, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1(a)(2). The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   September 8, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-03928-HRL Notice has been electronically mailed to:

2  David Lee Chaffin     dchaffin@wrightlegal.net

3  T. Robert Finlay     rfinlay@wrightlegal.net, ggrant@wrightlegal.net

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2