**E-Filed 11/12/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DESIREE MARIE GEORGE,<br><br>             Plaintiff,<br><br>   v.<br><br>NEW CENTURY MORTGAGE CORPORATION; CARRINGTON MORTGAGE SERVICES; ATLANTIC & PACIFIC FORECLOSURE SERVICES; and DOES 1-100,<br><br>             Defendants. | Case Number C 10-03928-JF (HRL)<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND AND GRANT MOTION TO EXPUNGE *LIS PENDENS*<br><br>[RE: Doc. Nos. 4, 5, 16] |

On August 2, 2010, Plaintiff Desiree Marie George, proceeding *pro se*, filed a complaint against Defendants in the Stanislaus County Superior Court. On August 3, 2010, Plaintiff served a notice of pendency of action. On September 1, 2010, based upon federal questions presented in the complaint, Defendants removed the action to this Court.

On October 14, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation, in which he concluded that the complaint should be dismissed with leave to amend and the *lis pendens* should be expunged. Plaintiff has not filed any objections to Judge Lloyd's Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Lloyd's Report and Recommendation. Accordingly, the complaint will be dismissed with

---

[1] This disposition is not designated for publication and may not be cited.

1  leave to amend, and the *lis pendens* will be expunged. Any amended pleading must be filed

2  within thirty (30) days of the date of this order.

3  IT IS SO ORDERED.

4
   DATED: 11/12/2010
5
   _____
   JEREMY FOGEL
   United States District Judge

6

7  Copies of Order served on:

8

9  Desiree Marie George
   1823 Henry Way
10 Turlock, CA 95380

2

Case No. C 10-03928-JF (HRL)
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND AND
GRANT MOTION TO EXPUNGE *LIS PENDENS*
(JFLC1)