**E-Filed 1/13/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DESIREE MARIE GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, ATLANTIC & PACIFIC FORECLOSURE SERVICES and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case Number 5:10-cv-03928-JF (HRL)<br><br>ORDER[1] DISMISSING CASE WITH PREJUDICE |

On November 12, 2010, the Court issued an order granting Defendants' motion to dismiss with leave to amend and directing Plaintiff to file an amended pleading within thirty days from the date of the order. Plaintiff did not file an amended complaint in the time provided. Accordingly, the Court will dismiss the case.

## ORDER

IT IS HEREBY ORDERED that the case will be dismissed with prejudice. All hearing and/or trial dates set in this matter are VACATED.

---

[1] This disposition is not designated for publication in the official reports.

1
2
3  DATED:   January 12, 2011
4                                              _____
                                               JEREMY FOGEL
                                               United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 5:10-cv-03928-JF (HRL)
ORDER DISMISSING CASE WITH PREJUDICE
(JFLC1)

A copy of this order has been sent to:

Desiree Marie George
1823 Henry Way
Turlock, CA 95380

Case No. 5:10-cv-03928-JF (HRL)
ORDER DISMISSING CASE WITH PREJUDICE
(JFLC1)